# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-2129-JFW(JEMx)** | Date: March 30, 2020 |
| Title: | Gabriel M. Tapia -v- Republic Services, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of March 10, 2020, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for April 13, 2020, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.